# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MONTANA

In re

**JS MARKETING AND COMMUNICATIONS, INC.**,

Debtor.

Case No. **05-65426-7**

# O R D E R

At Butte in said District this 3rd day of June, 2014.

In this Chapter 7 bankruptcy, Brian J. Dilks, attorney-in-fact for Greg Knoyle, filed a Petition for Withdrawal of Unclaimed Funds on June 3, 2014, seeking the sum of $784.14, which the attorney-in fact maintains was deposited on behalf of Greg Knoyle on 1/27/14. Upon review of the record, the Court notes that $44.45 was deposited on behalf of Greg Knoyle on February 3, 2014. Upon review of the record, the Petition, and good cause appearing,

IT IS ORDERED that the petition for payment of unclaimed funds is granted; and the clerk is directed to disburse the amount of $44.45 to Greg Knoyle.

BY THE COURT

_____
HON. RALPH B. KIRSCHER
U.S. Bankruptcy Judge
United States Bankruptcy Court
District of Montana